UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRK DOUGLAS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED UNIVERSAL SECURITY SERVICES, ALLIED BARTON SECURITY SERVICES LLC, and ALLIED SECURITY HOLDINGS LLC, <br><br> Defendants. | Civil Action No.: 17-cv-6093-SJB |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

      Wes R. McCart hereby respectfully requests leave of court to withdraw as counsel for Defendants Allied Universal Security Services, Allied Barton Security Services LLC, and Allied Security Holdings. As of March 11, 2020, Mr. McCart will no longer be affiliated with the law firm of Martenson Hasbrouck & Simon LLP and seeks to withdraw from this matter. Elizabeth B. Turner and Evan S. Weiss of the law firm Martenson Hasbrouck & Simon LLP will remain on the case and continue to represent Defendants as lead counsel.

      Respectfully submitted this 11th day of March 2020.

**MARTENSON, HASBROUCK & SIMON LLP**

/s/ *Wes R. McCart*
Wes R. McCart
*Admitted Pro Hac Vice*
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
(404) 909-8100
(404) 909-8120 (facsimile)
wmccart@martensonlaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIRK DOUGLAS, individually and on behalf of all others similarly situated, | Civil Action No.: 17-cv-6093 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ALLIED UNIVERSAL SECURITY SERVICES, ALLIED BARTON SECURITY SERVICES LLC And ALLIED SECURITY HOLDINGS LLC, | |
| Defendants. | |

I hereby certify that the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** was electronically filed with the Clerk of Court using the CM/ECF system, and served first-class U.S. Mail, postage prepaid, upon:

Christopher Q. Davis, Esq.
Rita Lenane, Esq.
James Keneally, Esq.
**THE LAW OFFICE OF CHRISTOPHER Q. DAVIS**
225 Broadway, Suite 1803
New York, New York 10007
*Counsel for Plaintiffs and the putative class*

This 11th day of March, 2020.

*/s/ Wes R. McCart*
Wes R. McCart
