UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRK DOUGLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED UNIVERSAL SECURITY SERVICES ALLIED BARTON SECURITY SERVICES LLC and ALLIED SECURITY HOLDING LLC,<br><br>Defendants. | Civil Action No. 1:17-cv-6093-SJB<br><br>**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement and Approval of FLSA Settlement ("Motion for Final Approval"), and in the Declaration of Christopher Q. Davis in Support of Plaintiff's Motion for Final Approval, and the supporting exhibits attached thereto, the undersigned respectfully move this Court, before the Honorable Sanket J. Bulsara, United States Magistrate Judge, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order:

(1) granting final approval of the settlement reached by the parties in this action as embodied in their Amended Settlement Agreement (the "Settlement" or the "Settlement Agreement") submitted herewith;

(2) certifying the following settlement class under Federal Rule of Civil Procedure 23 in connection with the settlement process:

> all present and former persons employed as Airport Security Agents, Operation Assistants, or Tour Supervisors at JFK by Defendants at any time between September 1, 2013 and May 28, 2019.

(3) certifying the following settlement class under the Fair Labor Standards Act, 29 U.S.C. § 216(b) in connection with the settlement process:

1

all present and former persons employed as Airport Security Agents, Operation Assistants, or Tour Supervisors at JFK by Defendants at any time between May 16, 2015 and May 28, 2019.

Please find the Plaintiff's **[Proposed] Order Granting Final Approval and Settlement attached hereto as Exhibit A**.

Dated: March 13, 2020
New York, New York

Respectfully submitted,

By: _____/s/_____

Christopher Q. Davis (CD-7282)
Rachel M. Haskell (RH-8248)
**The Law Office of Christopher Q. Davis, PLLC**
80 Broadway, Suite 703
New York, New York 10004
Telephone: (646) 430-7930

*Attorneys for Plaintiffs and the Classes and Collectives*