UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KIRK DOUGLAS, individually and on behalf
of all others similarly situated

                                                   JUDGMENT

                    Plaintiff,                            17-CV-6093-SJB

                        v.

ALLIED UNIVERSAL SECURITY SERVICES,
ALLIED BARTON SECURITY SERVICES LLC,
ALLIED SECURITY HOLDINGS LLC,

                    Defendants.
---------------------------------------------------------------X

      An Order of Honorable Sanket J. Bulsara, United States Magistrate Judge having been filed on May 6, 2020, granting the motions; it is

      ORDERED and ADJUDGED that the Court grants the motions and finds that: 1. The FLSA settlement satisfies the requirements of Cheeks and its progeny; and 2. The NYLL class action settlement is fair, reasonable, and adequate, and satisfies the requirements of Rule 23(e); and 3. Plaintiffs' counsel is entitled to an award of $740,000; and 4. Plaintiffs' counsel is entitled to an amount not to exceed $70,000 for costs and expenses, including but not limited to the claims administration fees; and 5. Kirk Douglas is entitled to a service payment of $20,000.

Dated:  Brooklyn, New York                              Douglas C. Palmer
         May 8, 2020                                     Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                Deputy Clerk